```
1  KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
   LAW OFFICE OF KALPANA V. PEDDIBHOTLA
2  4800 Great America Pkwy, Suite #310
   Santa Clara, California 95054
3  Phone:  408-249-3373
   Fax:    408-249-3586
4
5  Attorney for Petitioner
   Norouzali Hoveidarad
6
```

FILED

2007 NOV 20 P 1: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Norouzali HOVEIDARAD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Rosemary MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; Francis D. SICILIANO, in his Official Capacity, Field Officer Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Jose, California; Emilio T. GONZALEZ, in his official Capacity, Director, United States Citizenship and Immigration Services, Department of Homeland Security; Michael CHERTOFF, in his Official Capacity, Secretary, Department of Homeland Security; Peter D. KEISLER, in his Official Capacity, Acting United States Attorney General; and Robert S. MUELLER, III, in his Official Capacity, Director, Federal Bureau of Investigation<br><br>　　　　Respondents. | CASE NO.  C07 05603 JF<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>**Immigration Case**<br><br>**Agency No.  046-719-240** |

---

NOTICE OF UNAVAILABILITY OF COUNSEL

- 1 -

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that commencing Friday, December 21, 2007 and continuing through Friday, January 11, 2007, KALPANA V. PEDDIBHOTLA, Attorney at Law, will be out of the office and will be unavailable for any purpose whatsoever, including, but not limited to, receiving notice of any kind, responding to ex parte applications, appearing in Court, or attending depositions.

Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct.

Dated: November 6, 2007

_____
Kalpana V. Peddibhotla

Attorney for Petitioner,
Norouzali Hoveidarad

---

NOTICE OF UNAVAILABILITY OF COUNSEL

- 2 -