1  **KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330**
   **LAW OFFICE OF KALPANA V. PEDDIBHOTLA**
2  **4800 Great America Pkwy., Suite #310**
   **Santa Clara, California 95054**
3  **Phone:  408-249-3373**
   **Fax:      408-249-3586**
4

5  **Attorney for Petitioner**
   Norouzali Hoveidarad
6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10

11  Norouzali HOVEIDARAD              )    CASE NO. C07 05603
                                      )
12         Petitioner                 )
                                      )    **PROOF OF SERVICE**
13         v.                         )
                                      )    **Immigration Case**
14                                    )
    Rosemary MELVILLE, District Director, in her )   **Agency No.   046-719-240**
15  Official Capacity, District Director, Citizenship &)
    Immigration Services, United States Department )
16  of Homeland Security, San Francisco, California; )
    Francis D. SICILIANO, in his Official Capacity, )
17  Field Officer Director, Citizenship &          )
    Immigration Services, United States Department )
18  of Homeland Security, San Jose, California;    )
    Emilio T. GONZALEZ, in his official Capacity,  )
19  Director, United States Citizenship and        )
    Immigration Services, Department of Homeland   )
20  Security; Michael CHERTOFF, in his Official     )
    Capacity, Secretary, Department of Homeland    )
21  Security; Peter D. KEISLER, in his Official     )
    Capacity, Acting United States Attorney General; )
22  and Robert S. MUELLER, III, in his Official     )
    Capacity, Director, Federal Bureau of          )
23  Investigation                                   )
                                                    )
24         Respondents.                             )
                                                    )
25 _____ )

26

27

28

─────────────────────────────────────────────────────

**PROOF OF SERVICE**

I am a citizen of the United States.  My business address is 4800 Great America Pkwy, Suite 310, Santa Clara, California 95054.  I am employed in the county of Santa Clara where this service occurs. I am over eighteen years of age and not a party to the within action.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**Summons in a Civil Case;**
**Petition for Review of Naturalization Application;**
**Notice of Unavailability**

[x]    (BY CERTIFIED MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Santa Clara, California.

TO:

Civil Process Clerk
Office of the United States Attorney
Northern District of California
450 Golden Gate Ave.
Tenth Floor, Box 36055
San Francisco, CA  94102

Michael Chertoff
Secretary
Department of Homeland Security
Washington, DC 20528

Rosemary Melville
District Director
USCIS
630 Sansome Street
San Francisco, CA 94111

Peter Keisler
Acting Attorney General,
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Francis D. Siciliano,
Field Office Director,
USCIS
1887 Monterey Road
San Jose, CA 95112

Robert S. Mueller, III
Director
FBI
935 Pennsylvania Avenue, NW
Washington, DC 20535

Emilio T. Gonzalez
Director
USCIS
Department of Homeland Security
Washington, DC 20528

[X]    (State) I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Proof of Service is true and correct.

Executed on November 8, 2007 at Santa Clara, California.

*Kalpana Ram*
KALPANA V. PEDDIBHOTLA

---