# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED
E-FILING
2007 NOV 20 P 1:45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

Norouzali HOVEIDARAD

v.

Rosemary MELVILLE et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 05603 JF PVT

TO: (Name and address of defendant)

Rosemary Melville, District Director, USCIS, 630 Sansome Street, San Francisco, CA 94111;
Francis D. Siciliano, Field Office Director, USCIS, 1887 Monterey Rd., San Jose, CA 95112
Emilio T. Gonzalez, Director, DHS, Washington, DC 20528;
Michael Chertoff, Secretary, DHS, Washington, DC 20528;
Peter Keisler, Acting Attorney General, USDOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20530;
Robert S. Mueller, III, Director, FBI, 935 Pennsylvania Avenue, NW, Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KALPANA V. PEDDIBHOTLA, ESQ., SBN 200330
LAW OFFICE OF KALPANA V. PEDDIBHOTLA
4800 Great America Pkwy, Suite #310
Santa Clara, California 95054
Phone: 408-249-3373
Fax:    408-249-3586

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

NOV - 5 2007
DATE

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Cler
   450 Golden Gate Av.
   San Francisco CA 94102

2. Article Number (Transfer from service label): 7007 0220 0001 9100 5697

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Raynetta Bish  ☑ Agent  ☐ Addressee

B. Received by (Printed Name): Raynette Bish   C. Date of Delivery: 11/9/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.40 |

Sent To: Civil Process Clerk
Street, Apt. No.; or PO Box No.: 450 Golden Gate Av
City, State, ZIP+4: San Francisco CA 94102

7007 0220 0001 9100 5697

PS Form 3800, August 2006    See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94111    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $4.60 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.25 |

Sent To: Rosemary Melville
Street, Apt. No.; or PO Box No.: 630 Sansome St.
City, State, ZIP+4: San Francisco CA 94111

7007 0220 0001 9099 7948

PS Form 3800, August 2006    See Reverse for Instructions




