JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOROUZALI HOVEIDARAD, ) | No. C 07-5603 JF |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSEMARY MELVILLE, et al., ) | EX PARTE MOTION TO EXTEND TIME |
| ) | TO ANSWER; PROPOSED ORDER |
| Defendants. ) | |

It appears that this case may be resolved administratively within the next thirty days. Thus, in order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer, the Defendants hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:   February 5, 2008

Defendants respectfully suggest retaining the other dates as scheduled.

///

///

///

///

///

///

EX PARTE MOTION
No. C 07-5603 JF                    1

Due to the unavailability of Plaintiff's counsel, whose office is closed between December 21, 2007 and January 11, 2008, Defendant has been unable to learn Plaintiff's position on this motion.

Dated: January 8, 2007          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

           /S/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

**PROPOSED ORDER**

Defendants' Motion to Extend the dates in the scheduling order is hereby GRANTED. IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge