1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2 JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 MELANIE L. PROCTR (CSBN 228971)
Melanie.Proctor@usdoj.gov
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169
7
Attorneys for Defendants
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10
SAN JOSE DIVISION
11
NOROUZALI HOVEIDARAD,              )     No. C 07-5603 JF
12                                   )
                Plaintiff,           )
13                                   )
        v.                           )
14                                   )
ROSEMARY MELVILLE, et al.,           )     EX PARTE MOTION TO EXTEND TIME
15                                   )     TO ANSWER; ~~PROPOSED~~ ORDER
                Defendants.          )
16 _____ )

17     It appears that this case may be resolved administratively within the next thirty days. Thus,

18 in order to allow sufficient time for Defendants to consider an alternative resolution to this case

19 and/or Answer, the Defendants hereby respectfully ask this Court to extend the dates in the Court's

20 scheduling order as follows:

21   Last day to file Defendants' Answer:                     February 5, 2008

22 Defendants respectfully suggest retaining the other dates as scheduled.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

EX PARTE MOTION
No. C 07-5603 JF                              1

1   Due to the unavailability of Plaintiff's counsel, whose office is closed between
2   December 21, 2007 and January 11, 2008, Defendant has been unable to learn Plaintiff's position
3   on this motion.

4   Dated: January 8, 2007                          Respectfully submitted,

5                                                   JOSEPH P. RUSSONIELLO
6                                                   United States Attorney

7
                                                    _____/S/_____
8                                                   MELANIE L. PROCTOR
                                                    Assistant United States Attorney
9                                                   Attorneys for Defendants

10

11                              **PROPOSED ORDER**

12   Defendants' Motion to Extend the dates in the scheduling order is hereby GRANTED. IT
13   IS SO ORDERED.

14   Date:   1/22/08
15                                                  _____
                                                    JEREMY FOGEL
16                                                  United States District Judge