1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NOROUZALI HOVEIDARAD, | ) | No. C 07-5603 JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEMARY MELVILLE, et al., | ) | STIPULATION TO DISMISS; PROPOSED ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///
///
///
///
///
///

STIPULATION TO DISMISS
No. C 07-5603 JF                                        1

1  Each of the parties shall bear their own costs and fees.

Dated: January 23, 2008                          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

      /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: January 23, 2008                              /s/
KALPANA V. PEDDIBHOTLA
Attorney for Petitioner.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JEREMY FOGEL
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 07-5603 JF                    2