**E-filed 1/24/08**

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOROUZALI HOVEIDARAD, ) | No. C 07-5603 JF |
| ) | |
|         Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | |
| ROSEMARY MELVILLE, et al., ) | STIPULATION TO DISMISS; ~~PROPOSED~~ |
| ) | ORDER |
|         Defendants. ) | |

     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///
///
///
///
///
///

STIPULATION TO DISMISS
No. C 07-5603 JF          1

1  Each of the parties shall bear their own costs and fees.

2  Dated: January 23, 2008                    Respectfully submitted,

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney

4

5                                             ___/s/_____
                                              MELANIE L. PROCTOR[1]
6                                             Assistant United States Attorney
                                              Attorneys for Respondents

7

8
    Dated: January 23, 2008                   ___/s/_____
9                                             KALPANA V. PEDDIBHOTLA
                                              Attorney for Petitioner.

10

11
                              **ORDER**
12
        Pursuant to stipulation, IT IS SO ORDERED.
13
    Date:    1/24/08
14                                            _____
                                              JEREMY FOGEL
15                                            United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 07-5603 JF                    2